UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-23535-GAYLES/OTAZO-REYES

**BRADLEY CHAMBERS**,

    Plaintiff,

v.

**FUNDIMENSION, LLC, d/b/a Fundimension,
and JOYCE ALARCON-FROHMAN**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff Bradley Chambers's Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (the "Motion") [ECF No. 20]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Bradley Chambers's Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice, [ECF No. 20], is **GRANTED**.

2. The Settlement Agreement and General Release, [ECF No. 20-1], is **APPROVED**.

3. Pursuant to the parties' Settlement Agreement and General Release, a total of $8,500.00 shall be paid to Plaintiff Bradley Chambers, consisting of $3,210.01 to resolve Plaintiff's claims and $4,789.99 in attorneys' fees and costs. *See* [ECF No. 20-1 at 2–3].

4. This case is **DISMISSED with prejudice**.

5. The Court shall retain jurisdiction over this case for **sixty (60) days** in order to enforce the terms of the Settlement Agreement and General Release. [ECF No. 20-1].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of July, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record